```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 39601
   COREY D SPEARMAN
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-8395


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/25/04 and confirmed on 12/13/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   7465.16 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
ONYX ACCEPTANCE CORP    SECURED VEHIC    3100.00          320.74         3100.00
AMERICAN COLLECTION     UNSECURED        NOT FILED           .00             .00
CFC FINANCIAL CREDIT LLC UNSECURED        233.00              .00          233.00
CREDIT PROTECTION ASSOC UNSECURED        NOT FILED           .00             .00
CREDIT RECOVERY INC     UNSECURED        NOT FILED           .00             .00
DEPENDON COLLECTION SERV UNSECURED       NOT FILED           .00             .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED           .00             .00
IL STATE TOLL HWY AUTHOR UNSECURED       NOT FILED           .00             .00
IL STATE TOLL HWY AUTHOR UNSECURED       NOT FILED           .00             .00
JC PENNEY CO            UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES  UNSECURED        NOT FILED           .00             .00
LAMPHERES FURNITURE     UNSECURED        NOT FILED           .00             .00
PROVENA MERCY CENTER    UNSECURED        NOT FILED           .00             .00
PERIMETER CREDIT        UNSECURED        NOT FILED           .00             .00
PROFESSIONAL RECOVERY CO UNSECURED       NOT FILED           .00             .00
RUSH COPLEY MEDICAL CENT UNSECURED       NOT FILED           .00             .00
VALLEY IMAGING CONSULTAN UNSECURED       NOT FILED           .00             .00
ONYX ACCEPTANCE         UNSECURED         1389.57             .00         1389.57
         Summary of disbursements:

                       SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     3100.00          .00      1622.57         .00        4722.57
PRINCIPAL PAID         3100.00          .00      1622.57         .00        4722.57
INTEREST PAID           320.74          .00          .00         .00         320.74
TOTAL PAID             3420.74          .00      1622.57         .00        5043.31
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2100.00
and was paid $    2100.00 .

The Trustee received $     290.55 .
```

Refunds to the Debtor totaled $      31.30  .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE